UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EPIC OFFICE SOLUTIONS LLC,

                    Plaintiff,

      - against -

EPSON AMERICA, INC.,

                  Defendant.

---

23-cv-11179 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The case is stayed until **February 16, 2024,** at which time the parties will inform the Court of the dismissal without prejudice or other disposition of the case.

SO ORDERED.

Dated:    New York, New York
          February 7, 2024

                                John G. Koeltl
                         United States District Judge