**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EPIC OFFICE SOLUTIONS LLC

                Plaintiff,

v.

EPSON AMERICA, INC.,

                Defendant.

Civil Case No. 23-cv-11179

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Epic Office Solutions LLC gives notice that defendant Epson America, Inc. ("Defendant") is hereby voluntarily dismissed, **without prejudice**. As Defendant has not served an answer or other responsive pleading to the Complaint, and has not served a motion for summary judgment, this dismissal is **without prejudice**, *inter alia*, pursuant to Fed. R. Civ. P. 41(a)(1)(B).

THE ROTH LAW FIRM, PLLC

By: */s/ Richard A. Roth*
    Richard A. Roth
    295 Madison Ave., Fl. 22
    New York, NY 10017
    212-542-8882
    *Attorneys for Plaintiff Epic Office Solutions, LLC*

SO ORDERED:

[signature]
U.S.D.J.
2/20/24